McNaughton, Kelley P519866
_Name and Prisoner/Booking Number_

Estrella Jail ~~B-155~~ A2.06
_Place of Confinement_

2939 W. Durango
_Mailing Address_

Phoenix, AZ 85009
_City, State, Zip Code_

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ___ LODGED
RECEIVED ___ COPY

JUN 2 5 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ S DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Kelley Ceil McNaughton          )
_(Full Name of Plaintiff)_      )
                    Plaintiff,  )
                                )
        vs.                     )
                                )  CASE NO. **CIV 10 13 4 5 PHX DGC LOA**
(1) Correctional Health Services for Maricopa County )  (To be supplied by the Clerk)
_(Full Name of Defendant)_      )
(2) Dr. Alverez                 )
                                )     **CIVIL RIGHTS COMPLAINT**
(3) _____     )          **BY A PRISONER**
                                )
(4) _____     )
                    Defendant(s). )  ☒ Original Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. )  ☐ First Amended Complaint
                                )  ☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: Estrella Jail / Phoenix, Arizona

Revised 3/9/07                          1                          **550/555**

**PLEASE READ INSTRUCTIONS PRIOR TO FILLING OUT FORMS.
INSTRUCTIONS ARE IN BACK OF THIS PACKET.**

**B. DEFENDANTS**

1. Name of first Defendant: Correctional Health Services/MCSO . The first Defendant is employed as:
Main Health Care Providers                    at   all  MCSO  Facilities              .
   <span>(Position and Title)</span>                                          <span>(Institution)</span>

2. Name of second Defendant: Dr. Alverez           . The second Defendant is employed as:
Correctional Health Services Doctor at Estrella Jail           .
   <span>(Position and Title)</span>                                          <span>(Institution)</span>

3. Name of third Defendant: None                  . The third Defendant is employed as:
_____ at _____ .
   <span>(Position and Title)</span>                                          <span>(Institution)</span>

4. Name of fourth Defendant: None                . The fourth Defendant is employed as:
_____ at _____ .
   <span>(Position and Title)</span>                                          <span>(Institution)</span>

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C. PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed?  1 . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Kelley Ceil McNaughton      v. Joseph Arpio/MCSO
      2. Court and case number: 2:10-cv-01250-DGC--LOA
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Still  pending
      _____

   b. Second prior lawsuit: N/A
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

   c. Third prior lawsuit: N/A
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Lack of adequate Pain management care, kept in pain

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities          ☐ Mail           ☐ Access to the court     ☒ Medical care
   ☐ Disciplinary proceedings   ☐ Property       ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was in a near fatal motorcycle accident on Nov. 20, 2007. I broke my hip/pelvis/tailbone/arm. I have a history of osteomyelitis with major scars covering both arms. I also have a metal plate in my right arm. While incarcerated these past 16 months, I've had several falls/accidents. I've been on and off pain medication to try and ease pain, and also to try and "correct" injured bones that have healed incorrectly. After another inmate put in a tank order claiming that I cheek my medication (as retaliation), I was cut off my pain medication. I was told I was full of crap. Then, despite the fact my pain is "chronic" I was told I would be charged every time my Naproxen was re-ordered. The fact still remains that I am in excruciating pain, facing 8 hr court hearings where I have to sit up the entire time, and my pain is affecting my life, as well as my ability to concentrate in court. I was also threatened to be put in the psyche unit if I am injured again.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I've had to endure excruciating pain every day. It affects my anxiety, sleeping, and forces me to sleep on my back, with no pillow, further straining my neck and back.

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☒ Yes  ☐ No

   b. Did you submit a request for administrative relief on Count I?          ☒ Yes  ☐ No

   c. Did you appeal your request for relief on Count I to the highest level?          ☐ Yes  ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I keep getting told by Detention that they can't force medical to see or treat me.

**COUNT II**

N/A

1. State the constitutional or other federal civil right that was violated: _N/A_

2. **Count II.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   - ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
   - ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
   - ☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

N/A

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count II?      ☐ Yes    ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?      ☐ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _N/A_

4

**COUNT III**

1.    State the constitutional or other federal civil right that was violated: _____
_____.

2.    **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings          ☐ Property          ☐ Exercise of religion          ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.    **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.    **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.    **Administrative Remedies.**
a.    Are there any administrative remedies (grievance procedures or administrative appeals) available
at your institution?                                                              ☐ Yes   ☐ No
b.    Did you submit a request for administrative relief on Count III?              ☐ Yes   ☐ No
c.    Did you appeal your request for relief on Count III to the highest level?     ☐ Yes   ☐ No
d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why
you did not. _____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

I am respectfully requesting a fair trial. I am requesting adequate pain management. I'm also requesting that my mental stress level go down so I am fit to take the stand during my court proceeding. I paid a lot of money for my criminal lawyer, and right now she doesn't feel comfortable putting me on the stand because I look terribly from all the pain I've endured.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/19/10
        DATE

*Kelly McKnight*
        SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# JOSEPH M. ARPAIO SHERIFF

## C E R T I F I C A T I O N

I hereby certify that on this date ___ June 23, 2010 _____,

I _____ filed ___√___ mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

_____ Hon _____United States District Court, District of Arizona.

_____ Hon_____United States District Court, District of Arizona.

_____ Attorney General, State of Arizona.

_____ Judge, _____, Superior Court, Maricopa County, State of Arizona.

_____ County Attorney_____, Maricopa County, State of Arizona,

_____ Public Defender _____, Maricopa County, State of Arizona.

_____ Attorney _____

_____ _____

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6

06/02/08

PS19,866

N.C

MARICOPA COUNTY SHERIFF'S OFFICE
INMATE LEGAL SERVICES
201 S. 4th AVENUE
PHOENIX, AZ 85003

U.S. District Court Clerk
U.S. Courthouse, Suite 321
401 W. Washington Street, SPC 10
Phoenix, AZ  85003

RECEIVED

JUN 2 5 2010

UNITED STATES, CLERK
FOR THE DISTRICT OF ARIZONA

