CV 10- 1345 PhX

```
FILED        LODGED
RECEIVED     COPY

JAN 2 1 2011

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY                S  DEPUTY
```



```
Court Name: United States District Court
Division: 2
Receipt Number: PHX105610
Cashier ID: anealy
Transaction Date: 01/20/2011
Payer Name: MARICOPA COUNTY SHERIFFS OFF
IC
-----------------------------------
PLRA FILING AND APPEAL FEE(S)
 For: KELLEY CEIL MCNAUGHTON
 Case/Party: D-AZX-2-10-CV-001345-001
 Amount:      $49.54
-----------------------------------
CHECKS
 Check/Money Order Num: 9331
 Amt Tendered: $49.54
-----------------------------------
Total Due:      $49.54
Total Tendered: $49.54
Change Amt:     $0.00


A fee of $45 will be assessed on
all returned remittances.
```